KIRNAN REAL ESTATE, INC., Respondent, v ROBERT DRACKER et al., Appellants. [844 NYS2d 744]—Appeal from an order of the Onondaga County Court (William D. Walsh, J.), dated July 13, 2006 in a breach of contract action. The order affirmed

a judgment (denominated order) of the Syracuse City Court (Kate Rosenthal, J.), entered January 18, 2006, which granted plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Scudder, P.J., Gorski, Centra, Fahey and Green, JJ.